# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DARRY CUMMINGS,

    Plaintiff,

-vs-                              Case No. 98-319-Civ-Orl-19A

ORLANDO UTILITIES COMMISSION,

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that the plaintiff take nothing, that the action be dismissed on the merits and that the defendant Orlando Utilities Commission recover of the plaintiff Darry Cummings its costs of action.

Date: September 20, 1999                RICHARD D. SLETTEN, CLERK

By: _____

